IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STARR G. SNYDER,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN OPTICAL CORP., CLEAVER BROOKS, INC., DAP, INC., HONEYWELL INTERNATIONAL, INC., KAISER GYPSUM COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and MINE SAFETY APPLIANCES COMPANY, LLC.,<br><br>Defendants. | 8:20-CV-73<br><br>ORDER |

This matter is before the Court on the joint Stipulation of Dismissal as to Defendant, Metropolitan Life Insurance Company, (Filing 32) filed by plaintiff Starr G. Snyder and defendant Metropolitan Life Insurance Company. Pursuant to the parties' agreement and Federal Rule of Civil Procedure 21, Plaintiff's claims against Metropolitan Life Insurance Company are dismissed without prejudice, each party to bear its own fees and costs. Accordingly, Metropolitan Life Insurance Company is dismissed as a party to this case.

Dated this 11th day of May, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge