IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STARR G. SNYDER,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN OPTICAL CORP., CLEAVER BROOKS, INC., DAP, INC., HONEYWELL INTERNATIONAL, INC., KAISER GYPSUM COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and MINE SAFETY APPLIANCES COMPANY, LLC.,<br><br>        Defendants. | 8:20-CV-73<br><br>ORDER |

      This matter is before the Court on the parties' Stipulated Motion to Dismiss Defendant, Cleaver Brooks, Inc. Filing 53. Pursuant to Federal Rule of Civil Procedure 21, Plaintiff's claims against Cleaver Brooks, Inc. are dismissed with prejudice, each party to bear its own costs and fees. The Clerk of Court is directed to terminate Cleaver Brooks, Inc. as a party to this case.

      Dated this 29th day of September, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge