IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STARR G. SNYDER,<br><br>             Plaintiff,<br><br>   vs.<br><br>AMERICAN OPTICAL CORP., DAP, INC., and MINE SAFETY APPLIANCES COMPANY, LLC.,<br><br>             Defendants. | 8:20-CV-73<br><br><br>**ORDER** |

    This matter is before the Court on the Stipulation of Dismissal as to Defendant, American Optical Corp., (Filing 59) filed by Plaintiff, Starr G. Snyder. The pleading is unsigned as required by Federal Rule of Civil Procedure 11(a) and Nebraska Civil Rule 11.1(a)(1) and will therefore be denied. Plaintiff may refile a properly signed motion to dismiss a party under Federal Rule of Civil Procedure 21.

    IT IS ORDERED:

        1. Plaintiff's Stipulation of Dismissal, Filing 59, is denied, subject to reassertion in a properly signed motion.

Dated this 8th day of January, 2021.

                                                    BY THE COURT:

                                                    Brian C. Buescher
                                                    United States District Judge