IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STARR G. SNYDER,<br><br>            Plaintiff,<br><br>vs.<br><br>AMERICAN OPTICAL CORP., DAP, INC., and MINE SAFETY APPLIANCES COMPANY, LLC.,<br><br>            Defendants. | 8:20-CV-73<br><br><br><br>**ORDER** |

This matter is before the Court on the Stipulation of Dismissal as to Defendant, American Optical Corp., (Filing 61) filed by Plaintiff and defendant American Optical Corp. Pursuant to the parties' agreement and Federal Rule of Civil Procedure 21, Plaintiff's claims against American Optical Corp. are dismissed with prejudice, each party to bear its own fees and costs, and American Optical Corp. is dismissed as a party to this case.

IT IS ORDERED:

1. The Stipulation of Dismissal, Filing 61, is granted; and
2. American Optical Corp. is dismissed as a party to this case.

Dated this 11th day of January, 2021.

                                                                         BY THE COURT:

                                                                         Brian C. Buescher
                                                                         United States District Judge