# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STARR G. SNYDER,** | |
| **Plaintiff,** | **8:20CV73** |
| vs. | |
| **DAP, INC., and MINE SAFETY APPLIANCES COMPANY, LLC.,** | **ORDER** |
| **Defendants.** | |

Counsel for defendant DAP, Inc. has notified the undersigned magistrate judge that plaintiff has settled their claims with DAP, Inc. Accordingly,

**IT IS ORDERED:**

1. On or before **March 19, 2021**, the plaintiff and defendant DAP, Inc. shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the plaintiff's claims against DAP, Inc.; and

2. Absent compliance with this order, the plaintiff's claims against DAP, Inc. may be dismissed without further notice.

Dated this 5th day of February, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge