IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STARR G. SNYDER,<br><br>           Plaintiff,<br><br>vs.<br><br>DAP, INC., and MINE SAFETY APPLIANCES COMPANY, LLC.,<br><br>           Defendants. | 8:20-CV-73<br><br>**ORDER** |

      This matter is before the Court on the parties' Stipulation for Dismissal (Filing 76), filed by Plaintiff and DAP, Inc. Pursuant to the parties' agreement and Federal Rule of Civil Procedure 21, Plaintiff's claims against DAP, Inc. are dismissed with prejudice, each party to bear its own costs and fees. The Clerk of Court is directed to terminate DAP, Inc. as a party to this case.

      IT IS ORDERED:

      1. The Stipulation for Dismissal, Filing 76, is granted; and

      2. DAP, Inc. is dismissed as a party to this case.

      Dated this 22nd day of March, 2021.

                                                                 BY THE COURT:

                                                                  Brian C. Buescher
                                                                  United States District Judge