# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STARR G. SNYDER,<br><br>Plaintiff,<br><br>vs.<br><br>MINE SAFETY APPLIANCES COMPANY, LLC.,<br><br>Defendants. | 8:20CV73<br><br>ORDER |

Counsel for the parties have notified the undersigned magistrate judge that plaintiff has settled their claims with Mine Safety Appliances Company, Inc. Accordingly,

**IT IS ORDERED:**

1. On or before **July 19, 2021**, the plaintiff and defendant Mine Safety, Inc. shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, the plaintiff's claims against Mine Safety Appliances, Inc. may be dismissed without further notice.

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 17th day of June, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge