IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STARR G. SNYDER,<br><br>           Plaintiff,<br><br>vs.<br><br>MINE SAFETY APPLIANCES COMPANY, LLC.,<br><br>           Defendant. | 8:20-CV-73<br><br>**JUDGMENT** |

      This matter is before the Court on Plaintiff's Stipulation of Dismissal. Filing 82. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

      Dated this 29th day of July, 2021.

                                                                BY THE COURT:

                                                               Brian C. Buescher<br>
                                                               United States District Judge